| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Oracles Capital Inc.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-2656407** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **529 SE Central Parkway** <br> **Stuart, FL 34994** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Martin** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **www.oraclescraftbrands.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Oracles Capital Inc.**                                    Case number (*if known*) _____
          Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
         If more than 2 cases, attach a separate list.    ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Oracles Capital Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

▋ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Oracles Capital Inc.**
Name                                                              Case number (*if known*) _____

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Oracles Capital Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/12/2025
              MM / DD / YYYY

X _____        **Courtney Hughes**
  DocuSigned by:
  45F5092E4552426...
  Signature of authorized representative of debtor        Printed name

Title   **Chief Operating Officer**

**18. Signature of attorney**

X _____        Date  05/12/2025
  Signature of attorney for debtor                     MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 425-5806**        Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

**ACTION BY WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF**
**ORACLES CAPITAL, INC.**

**May 8, 2025**

The members of the Board of Directors (the "Board") of Oracles Capital, Inc., a Delaware corporation (the "Corporation"), acting by written consent, hereby consent and agree to the adoption of the resolutions set forth below (the "Resolutions") taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Board.

WHEREAS, the Board has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation

NOW THEREFORE, LET IT BE:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Seitz Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Seitz Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Board of Directors of the Corporation, have executed this Action by Written Consent this 8th day of May 2025.

*Michael Bell*
68C6A5B0D6D8421...

Name:  Michael Bell

*Daniel Kemp*
A1DA6CDEE9C341B...

Name:  Daniel Kemp

# Oracles Craft Brands

## Balance Sheet

As of January 31, 2025

| | JAN 2025 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Cogent 0511 | 3,487 |
| Cogent ACH 0974 | 2 |
| Park Street Cash | 7,722 |
| **Total Bank Accounts** | **$11,210** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 4,600 |
| Accounts Receivable - Park Street | 239,091 |
| **Total Accounts Receivable** | **$243,691** |
| Other Current Assets | |
| 2101 Inventory Purchases | 305,156 |
| **Total Other Current Assets** | **$305,156** |
| **Total Current Assets** | **$560,058** |
| Other Assets | |
| 2200 Goodwill | 354,766 |
| Capital Invest in Brand Assets | 3,130,176 |
| **Total Other Assets** | **$3,484,941** |
| **TOTAL ASSETS** | **$4,044,999** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 3040 Accounts Payable - Park Street | 76,256 |
| Accounts Payable (A/P) | 1,322 |
| Accounts Payable (A/P) - EUR | 265,024 |
| **Total Accounts Payable** | **$342,601** |
| Other Current Liabilities | |
| Deferred Revenue | 0 |
| **Total Other Current Liabilities** | **$0** |
| **Total Current Liabilities** | **$342,601** |
| **Total Liabilities** | **$342,601** |
| Equity | |
| 30000 Opening Balance Equity | 0 |
| 30100 Capital Stock | 5,476,500 |
| 31400 Shareholder Distributions | 1,715 |
| 32000 Retained Earnings | -1,442,475 |
| Dividends | -292,433 |
| Net Income | -40,909 |
| **Total Equity** | **$3,702,398** |
| **TOTAL LIABILITIES AND EQUITY** | **$4,044,999** |

# Oracles Craft Brands

## Profit and Loss

### January 2025

| | JAN 2025 | TOTAL |
|---|---|---|
| Income | | |
| 5000 Sales | 159,020 | $159,020 |
| Interest Income | 44 | $44 |
| Other Revenue | 0 | $0 |
| **Total Income** | **$159,064** | **$159,064** |
| Cost of Goods Sold | | |
| 6005 Cost of Goods Sold | 91,756 | $91,756 |
| 6008 Taxes & Duties | 9,140 | $9,140 |
| 6010 Freight | 25,169 | $25,169 |
| 6014 Case Fee Expense | 2,529 | $2,529 |
| **Total Cost of Goods Sold** | **$128,594** | **$128,594** |
| **GROSS PROFIT** | **$30,470** | **$30,470** |
| Expenses | | |
| 6012 Promotions and Billback | -162 | $ -162 |
| 6018 Accounting | 375 | $375 |
| 6020 Advertising and Marketing | 343 | $343 |
| 6030 Bank Charges & Fees | 549 | $549 |
| 6046 Communications | 516 | $516 |
| 6080 Employee Benefits | 4,393 | $4,393 |
| 6090 Insurance | 6,039 | $6,039 |
| 6095 Workers Comp Insurance | 206 | $206 |
| 6130 Legal & Professional Services | 2,162 | $2,162 |
| 6140 Meals & Entertainment | 97 | $97 |
| 6150 Office Supplies & Software | 1,136 | $1,136 |
| 6155 Postage | 2 | $2 |
| 6190 Salaries & Wages | 44,844 | $44,844 |
| 6195 Payroll Taxes | 5,159 | $5,159 |
| 6198 Payroll Charges | 545 | $545 |
| 6200 Taxes & Licenses | 1,031 | $1,031 |
| 6210 Travel | 1,222 | $1,222 |
| Brand Development Expense | 1,389 | $1,389 |
| Commission | 3,166 | $3,166 |
| **Total Expenses** | **$73,013** | **$73,013** |
| **NET OPERATING INCOME** | **$ -42,543** | **$ -42,543** |
| Other Expenses | | |
| Unrealized Gain or Loss | 0 | $0 |
| Exchange Gain or Loss | -1,635 | $ -1,635 |
| **Total Other Expenses** | **$ -1,635** | **$ -1,635** |
| **NET OTHER INCOME** | **$1,635** | **$1,635** |
| **NET INCOME** | **$ -40,909** | **$ -40,909** |

# Oracles Craft Brands

## Statement of Cash Flows

January 2025

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -40,908.88 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable - Park Street | -77,452.91 |
| 2101 Inventory Purchases | 76,681.71 |
| 3040 Accounts Payable - Park Street | 18,083.27 |
| Accounts Payable (A/P) | 187.21 |
| Accounts Payable (A/P) - EUR | -16,682.39 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **816.89** |
| **Net cash provided by operating activities** | **$ -40,091.99** |
| NET CASH INCREASE FOR PERIOD | **$ -40,091.99** |
| Cash at beginning of period | 51,302.22 |
| CASH AT END OF PERIOD | **$11,210.23** |

# Federal Electronic Filing Instructions

**Tax Year 2024**

**You are responsible for confirming the status of your electronically filed return.**

You can confirm the status of your return by going to
https://www.taxact.com/ef/efile-center. You will need to enter the entity's EIN, ZIP
code and company name.

You do not need to mail any paper signature forms to the IRS. Retain the signed
copy of Form 8453 along with a copy of your return. The return has been
successfully filed once an acceptance from the IRS is received.

Form **8453-CORP**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

# *E-file* Declaration for Corporations

For use with Form 1120 series returns. Do not file paper copies.
Go to *www.irs.gov/Form8453CORP* for the latest information.

For calendar year 20____, or tax year beginning ____, 20__, ending ____, 20__

OMB No. 1545-0123

| Name of corporation | Employer identification number (EIN) |
|---|---|
| Oracles Capital Inc. | 85-2656407 |

## Part I   Information (Whole dollars only)

| | | |
|---|---|---|
| 1  Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . | **1** | 218,010. |
| 2  Total income (Form 1120-F, Section II, line 11) . . . . . . . | **2** | |
| 3  Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . | **3** | |
| 4  Total income (Form 1120 ____, line ____) . . . . . . . . . . . | **4** | |

## Part II   Declaration of Officer (see instructions) Be sure to keep a copy of the corporation's tax return.

**A** ☐  I consent that the corporation's refund be directly deposited as designated on the **Form 8050,** Direct Deposit of Corporate Tax Refund, or Form 8302, Electronic Deposit of Tax Refund of $1 Million or More, that will be electronically transmitted with the corporation's federal income tax return.

**B** ☒  I do not want direct deposit of the corporation's refund **or** the corporation is not receiving a refund.

**C** ☐  I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If the corporation is filing a balance due return, I understand that if the IRS does not receive full and timely payment of its tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I have given my electronic return originator (ERO), transmitter, and/or intermediate service provider (ISP) and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's federal income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. I consent to my ERO, transmitter, and/or ISP sending the corporation's return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO, transmitter, and/or ISP an acknowledgement of receipt of transmission and an indication of whether or not the corporation's return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of the corporation's return or refund is delayed, I authorize the IRS to disclose to my ERO, transmitter, and/or ISP the reason(s) for the delay, or when the refund was sent.

**Sign Here**

| *Michael Bell* | 02/07/2025 | President |
|---|---|---|
| Signature of officer | Date | Title |

## Part III   Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above corporation's return and that the entries on Form 8453-CORP are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The corporate officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | | EIN | |
| | | | Phone no. | |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8453-CORP** (Rev. 12-2024)

UYA

## Electronic Signature Information

---

**E-File Customer Information**

IP Address

**73.46.193.148**

Time Stamp

**2025-02-07T09:37:54-06:00**

Device ID

**698ee3730d033894333f853cd7f45656537f0091**



**Form 1120**

Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**

For calendar year 2024 or tax year beginning _____, 2024, ending _____, 20 _____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2024**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name
Oracles Capital Inc.
Oracles Craft Brands

Number, street, and room or suite no. If a P.O. box, see instructions.
529 SE Central Parkway

City or town, state or province, country, and ZIP or foreign postal code
Stuart, FL 34994

**B Employer identification number**
85-2656407

**C Date incorporated**
08/19/2020

**D Total assets (see instructions)**
$5,824,314.

**E Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a | Gross receipts or sales · · · · · · · · · · · · · · · · · · · · 1a | 1,827,739. |
| | b | Returns and allowances · · · · · · · · · · · · · · · · · · · 1b | |
| | c | Balance. Subtract line 1b from line 1a · · · · · · · · · · · · · · · · · · · · | 1c 1,827,739. |
| | 2 | Cost of goods sold (attach Form 1125-A) · · · · · · · · · · · · · · · · · · · | 2 1,611,068. |
| | 3 | Gross profit. Subtract line 2 from line 1c · · · · · · · · · · · · · · · · · · | 3 216,671. |
| | 4 | Dividends and inclusions (Schedule C, line 23) · · · · · · · · · · · · · · · · | 4 |
| | 5 | Interest · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 5 1,339. |
| | 6 | Gross rents · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 6 |
| | 7 | Gross royalties · · · · · · · · · · · · · · · · · · · · · · · · · · · | 7 |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) · · · · · · · · · · · · | 8 |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) · · · · · · · | 9 |
| | 10 | Other income (see instructions - attach statement) · · · · · · · · · · · · · · | 10 |
| | 11 | **Total income.** Add lines 3 through 10 · · · · · · · · · · · · · · · · · · · | 11 218,010. |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions - attach Form 1125-E) · · · · · · · · · | 12 150,000. |
| | 13 | Salaries and wages (less employment credits) · · · · · · · · · · · · · · · · | 13 481,035. |
| | 14 | Repairs and maintenance · · · · · · · · · · · · · · · · · · · · · · · | 14 |
| | 15 | Bad debts · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 15 21,294. |
| | 16 | Rents · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 16 |
| | 17 | Taxes and licenses · · · · · · · · · · · · · · · · · · · · · · · · · · | 17 52,805. |
| | 18 | Interest (see instructions) · · · · · · · · · · · · · · · · · · · · · · · | 18 |
| | 19 | Charitable contributions · · · · · · · · · · · · · · · · · · · · · · · · | 19 |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) · · · · · | 20 |
| | 21 | Depletion · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 21 |
| | 22 | Advertising · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 22 17,093. |
| | 23 | Pension, profit-sharing, etc., plans · · · · · · · · · · · · · · · · · · · · | 23 |
| | 24 | Employee benefit programs · · · · · · · · · · · · · · · · · · · · · · · | 24 |
| | 25 | Energy efficient commercial buildings deduction (attach Form 7205) · · · · · · · · | 25 |
| | 26 | Other deductions (attach statement) · · · · · · · · · · · · · · · · · · · · | 26 388,900. |
| | 27 | **Total deductions.** Add lines 12 through 26 · · · · · · · · · · · · · · · · | 27 1,111,127. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. · · · | 28 -893,117. |
| | 29a | Net operating loss deduction (see instructions) · · · · · · · · · · · · · 29a | |
| | b | Special deductions (Schedule C, line 24) · · · · · · · · · · · · · 29b | |
| | c | Add lines 29a and 29b · · · · · · · · · · · · · · · · · · · · · · · · | 29c |
| **Tax, Refundable Credits, & Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions · · · · · · · · | 30 -893,117. |
| | 31 | Total tax (Schedule J, line 12) · · · · · · · · · · · · · · · · · · · · · | 31 |
| | 32 | Reserved for future use · · · · · · · · · · · · · · · · · · · · · · · | 32 |
| | 33 | Total payments and credits (Schedule J, line 23) · · · · · · · · · · · · · · · | 33 |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached · · · · · · · ☐ | 34 |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed · · · | 35 |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid · · · · · · · · · | 36 |
| | 37 | Enter amount from line 36 you want: Credited to 2025 estimated tax _____ Refunded | 37 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.

UYA

Form 1120 (2024)

Form 1120 (2024)    **Oracles Capital Inc.**      85-2656407    Page **2**

| **Schedule C** | **Dividends, Inclusions, and Special Deductions** (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions **(a)** x **(b)** |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . | | | |

UYA                                                    Form **1120** (2024)

EFILE COPY

Form 1120 (2024)   **Oracles Capital Inc.**                                85-2656407        Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **1a** | Income tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | Tax from Form 1120-L (see instructions) . . . . . . . . . . . . . . . . . | **1b** | |
| **c** | Section 1291 tax from Form 8621 . . . . . . . . . . . . . . . . . . . . | **1c** | |
| **d** | Tax adjustment from Form 8978 . . . . . . . . . . . . . . . . . . . . | **1d** | |
| **e** | Additional tax under section 197(f) . . . . . . . . . . . . . . . . . . . | **1e** | |
| **f** | Base erosion minimum tax from Form 8991 . . . . . . . . . . . . . . . . | **1f** | |
| **g** | Amount from Form 4255, Part I, line 3, column (q) . . . . . . . . . . . . | **1g** | |
| **z** | Other chapter 1 tax . . . . . . . . . . . . . . . . . . . . . . . . | **1z** | |
| **2** | Total income tax. Add lines 1a through 1z . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) . . . . . . . | **3** | |
| **4** | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5a** | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . | **5a** | |
| **b** | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . | **5b** | |
| **c** | General business credit (see instructions - attach Form 3800) . . . . | **5c** | |
| **d** | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . | **5d** | |
| **e** | Bond credits from Form 8912 . . . . . . . . . . . . . . . . | **5e** | |
| **f** | Adjustment from Form 8978 . . . . . . . . . . . . . . . . . | **5f** | |
| **6** | **Total credits.** Add lines 5a through 5f . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . | **8** | |
| **9a** | Amount from Form 4255, Part I, line 3, column (r) . . . . . . . . . . . | **9a** | |
| **b** | Recapture of low-income housing credit (attach Form 8611) . . . . . . | **9b** | |
| **c** | Completed long-term contract look-back interest due (attach Form 8697) . . . . | **9c** | |
| **d** | Interest due under the look-back method - income forecast method (attach Form 8866) . . . | **9d** | |
| **e** | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . | **9e** | |
| **f** | Interest/tax due under section 453A(c) . . . . . . . . . . . . . . | **9f** | |
| **g** | Interest/tax due under section 453(l) . . . . . . . . . . . . . . . | **9g** | |
| **z** | Other (see instructions - attach statement) . . . . . . . . . . . . | **9z** | |
| **10** | **Total.** Add lines 9a through 9z . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11a** | Total tax before deferred taxes. Add lines 7, 8, and 10 . . . . . . . . . | **11a** | |
| **b** | Deferred tax on the corporation's share of undistributed earnings of a qualified electing fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11b** | |
| **c** | Deferred LIFO recapture tax (section 1363(d)) . . . . . . . . . . . . | **11c** | |
| **12** | Total tax. Subtract the sum of lines 11b and 11c from 11a. Enter here and on page 1, line 31 . . . | **12** | |
| **13** | Preceding year's overpayment credited to the current year . . . . . . . . . . . . . . . . | **13** | |
| **14** | Current year's estimated tax payments. . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** | Current year's refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . | **15** | ( ) |
| **16** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| **17** | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| **18** | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| **19** | **Total payments.** Combine lines 13 through 18 . . . . . . . . . . . . . . . . . . . | **19** | |
| **20** | Refundable credits from: | | |
| **a** | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . | **20a** | |
| **b** | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . | **20b** | |
| **c** | Credit for tax withheld under chapter 3 or 4 from Form 1042-S, Form 8805, or Form 8288 (attach the applicable form) . . . . . . . . . . . . . . . | **20c** | |
| **z** | Other (attach statement - see instructions) . . . . . . . . . . . . | **20z** | |
| **21** | **Total credits.** Add lines 20a through 20z . . . . . . . . . . . . . . . . . . . . . | **21** | |
| **22** | Elective payment election amount from Form 3800 . . . . . . . . . . . . . . . . . . . | **22** | |
| **23** | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . . . | **23** | |

UYA                                                                              Form **1120** (2024)

Form 1120 (2024)  **Oracles Capital Inc.**                                      85-2656407        Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no.  **424800**

**b** Business activity  **Beer, Wine, and Distilled Alcoholic Beverages**

**c** Product or service  **Importing and Distribution of Wine**

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . | | | | X

If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . | | | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . | | | | X

**5** At the end of the tax year, did the corporation:

**a** Own direc ly 20% or more, or own, directly or indirectly, 50% or more of the total vo ing power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own direc ly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in  he beneficial interest of a trust? For rules of constructive ownership, see instructions  . . . . . . | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . | | | | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . | | | | X

For rules of attr bution, see section 318.  If "Yes," enter:

**(a)** Percentage owned _____ and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business.  Enter the number of Forms 5472 attached  **0**

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during this tax year $ _____  **1,339.**

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer)  **27**

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions). . . ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ _____  **198,957.**

UYA                                                                                           Form **1120** (2024)

Form 1120 (2024)          **Oracles Capital Inc.**                                              85-2656407          Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year . $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . | | X |
| **18** | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19** | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?. . . . . . . . | | X |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **21** | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ _____ | | |
| **22** | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year?  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** | Does this corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions . . . . | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | X |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . . . . . . . $ _____ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage: By Vote _____  By Value _____ | | |
| **27** | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| **28** | Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| **29** | Corporate Alternative Minimum Tax: | | |
| **a** | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . . . . . | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| **b** | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| **c** | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| **30** | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| **a** | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate) . . . . . . . . . | | X |
| **b** | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **c** | Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes" to either 30a, 30b, or 30c, complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **31** | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach a statement. See instructions. | | |

UYA                                                                                                    Form **1120** (2024)

Form 1120 (2024)  **Oracles Capital Inc.**                                85-2656407   Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash . . . . . . . . . . . . . . . . . . . | | 72,646. | | 51,302. |
| 2a | Trade notes and accounts receivable . . . . . . | 284,422. | | 166,238. | |
| b | Less allowance for bad debts . . . . . . | ( ) | 284,422. | ( ) | 166,238. |
| 3 | Inventories . . . . . . . . . . . . . | | 697,310. | | 381,838. |
| 4 | U.S. government obligations . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | | | | |
| 7 | Loans to shareholders . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . | | 3,484,942. | | 3,484,942. |
| 10a | Buildings and other depreciable assets . . . | | | | |
| b | Less accumulated depreciation . . . . . . | ( ) | | ( ) | |
| 11a | Depletable assets . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | 2,573,578. | | 2,156,786. | |
| b | Less accumulated amortization . . . . . . | ( 416,792. ) | 2,156,786. | ( 416,792. ) | 1,739,994. |
| 14 | Other assets (attach statement) . . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . | | 6,696,106. | | 5,824,314. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable . . . . . . . . . . . | | 369,441. | | 341,013. |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 | Other current liabilities (attach statement) . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | | | |
| 21 | Other liabilities (attach statement) . . . . . . | | | | |
| 22 | Capital stock:  **a** Preferred stock . . . . . . . . | | | | |
| | **b** Common stock . . . . . . . . | 100. | 100. | 100. | 100. |
| 23 | Additional paid-in capital . . . . . . . . . | | 6,525,522. | | 6,578,495. |
| 24 | Retained earnings-Appropriated (attach statement) . . . | | | | |
| 25 | Retained earnings-Unappropriated . . . . . . . | | -198,957. | | -1,095,294. |
| 26 | Adjustments to shareholders' equity (attach statement) . . . | | | | |
| 27 | Less cost of treasury stock . . . . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . . . . | | 6,696,106. | | 5,824,314. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return | | |
|---|---|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . . | -896,337. | 7 | Income recorded on books this year | |
| 2 | Federal income tax per books . . . . . . . . | | | not included on this return (itemize): | |
| 3 | Excess of capital losses over capital gains . . . . | | | Tax-exempt interest $ 1,339. | |
| 4 | Income subject to tax not recorded on books | | | | |
| | this year (itemize): _____ | | | Stmt. attached | 1,339. |
| | | | 8 | Deductions on this return not charged | |
| 5 | Expenses recorded on books this year not | | | against book income this year (itemize): | |
| | deducted on this return (itemize): | | **a** | Depreciation . . . . . $ _____ | |
| a | Depreciation . . . . . . . . $ _____ | | **b** | Charitable contributions $ _____ | |
| b | Charitable contributions . . . . $ _____ | | | | |
| c | Travel and entertainment . . . $ 4,559. | | | | |
| | | 4,559. | 9 | Add lines 7 and 8 . . . . . . . . . | 1,339. |
| 6 | Add lines 1 through 5 . . . . . . . . . . . | -891,778. | 10 | Income (page 1, line 28)-line 6 less line 9 | -893,117. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) | | |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . . | -198,957. | 5 | Distributions:  **a** Cash . . . . . . | |
| 2 | Net income (loss) per books . . . . . . . . | -896,337. | | **b** Stock . . . . . . | |
| 3 | Other increases (itemize): _____ | | | **c** Property . . . . . | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | _____ | | 7 | Add lines 5 and 6 . . . . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . | -1,095,294. | 8 | Balance at end of year (line 4 less line 7) | -1,095,294. |

UYA                                                                    Form **1120** (2024)

Form **1125-A**
(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to  *www.irs.gov/Form1125A*  for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Oracles Capital Inc. | 85-2656407 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | 1,228,262. |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) | **5** | 382,806. |
| **6** | **Total.** Add lines 1 through 5 | **6** | 1,611,068. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions. | **8** | 1,611,068. |

**9a** Check all methods used for valuing closing inventory. See instructions.

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (specify method used and attach explanation)

For certain small business taxpayers, alternative methods of accounting for inventories:

(iv) ☐ Non-incidental materials and supplies method

(v) ☐ AFS method

(vi) ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ☐

**d** (i) If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO **9d(i)**

(ii) If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve . . . . . **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**
UYA

Form **1125-A** (Rev. 11-2024)

## Cost of Goods Sold
## 1125-A Line 5: Other Costs

| Business Name | Employer identifying number |
|---|---|
| **Oracles Capital Inc.** | **85-2656407** |

| Description | Amount |
|---|---|
| 1. Freight, Taxes, Case Fees | 382,806. |
| 2. | . |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | . |
| 10. | |
| **Total** | 382,806. |

EFILE COPY

UYA

**Form 1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
Oracles Capital Inc.

Employer identification number
85-2656407

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Michael Bell | ███ | 100.00% | 15.00% | % | 150,000. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . | **2** | 150,000. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . | **4** | 150,000. |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

UYA

EFILE COPY

**Form 4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)
Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2024**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Oracles Capital Inc. | Beer, Wine, and Distilled Alc | 85-2656407 |

## Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 0. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2023 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2025. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2024 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

### Section B—Assets Placed in Service During 2024 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2024 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

UYA

Form **4562** (2024)

Form 4562 (2024)　　**Oracles Capital Inc.**　　85-2656407　　Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**　**24b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2024 tax year (see instructions): | | | | | |
| Brand Development Expense | 01/01/2024 | 16,862. | Sec. 197 | 15 | 1,124. |
| **43** Amortization of costs that began before your 2024 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 1,124. |

UYA　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **4562** (2024)

**2024** Other Deductions Worksheet, Supporting Details for Form 1120, line 26

| Name(s) shown on return | Employer identifying number |
|---|---|
| Oracles Capital Inc. | 85-2656407 |

| | | |
|---|---|---:|
| 1. Accounting fees | 1 | 5,213. |
| 2. Amortization | 2 | 1,124. |
| 3. Bank fees | 3 | 5,617. |
| 4. Commissions | 4 | 12,107. |
| 5. Insurance | 5 | 16,359. |
| 6. Legal and professional fees | 6 | 124,818. |
| 7. Postage | 7 | 75. |
| 8. Reimbursed employee expenses | 8 | 320. |
| 9. Supplies | 9 | 28,453. |
| 10. Telephone | 10 | 5,840. |
| 11. Deductible non-entertainment meals exp. subject to limits | 11 | 4,560. |
| 12. Travel and non-entertainment meals expense not subject to limits | 12 | 24,087. |
| 13. Brand Development Expense | 13 | 16,862. |
| 14. Payroll Charges | 14 | 2,821. |
| 15. Employee Benefits | 15 | 57,458. |
| 16. Promotions & Billbacks | 16 | 83,186. |
| 17. | 17 | |
| 18. | 18 | |
| 19. | 19 | |
| 20. | 20 | |
| 21. | 21 | |
| 22. | 22 | |
| 23. | 23 | |
| 24. | 24 | |
| 25. | 25 | |
| 26. | 26 | |
| 27. | 27 | |
| 28. | 28 | |
| 29. | 29 | |
| 30. | 30 | |
| 31. | 31 | |
| 32. | 32 | |
| 33. | 33 | |
| 34. | 34 | |
| 35. | 35 | |
| 36. | 36 | |
| 37. | 37 | |
| 38. | 38 | |
| 39. | 39 | |
| 40. | 40 | |
| 41. | 41 | |
| 42. | 42 | |
| 43. | 43 | |
| 44. | 44 | |
| 45. | 45 | |
| 46. | 46 | |
| 47. | 47 | |
| 48. | 48 | |
| 49. | 49 | |
| 50. | 50 | |
| 51. | 51 | |
| 52. | 52 | |
| 53. | 53 | |
| 54. | 54 | |

**Total Other Deductions** . . . . . . . . . . . . . . . . . . 388,900.

EFILE COPY

| Name as shown on Form 1120 | Employer Identification Number |
|---|---|
| **Oracles Capital Inc.** | **85-2656407** |

## Net Operating Loss (NOL) Worksheet

| (A) Tax Year NOL Occurred | (B) Original NOL Amount | (C) Less Carryback/ Carryforward Used | (D) Remaining NOL Available (Adjusted NOL) | (E) Deduction Allowed in Current Year Transfers to Form 1120 line 29a | (F) Total NOL Carryover to Next Year Includes Charitable Contribution Converted to NOL |
|---|---|---|---|---|---|
| 2023 | 198,957. | | 198,957. | | 198,957. |
| 2022 | | | | | |
| 2021 | | | | | |
| 2020 | | | | | |
| 2019 | | | | | |
| 2018 | | | | | |
| 2017 | | | | | |
| 2016 | | | | | |
| 2015 | | | | | |
| 2014 | | | | | |
| 2013 | | | | | |
| 2012 | | | | | |
| 2011 | | | | | |
| 2010 | | | | | |
| 2009 | | | | | |
| 2008 | | | | | |
| 2007 | | | | | |
| 2006 | | | | | |
| 2005 | | | | | |
| 2004 | | | | | |
| **Totals** | **198,957.** | | **198,957.** | | **198,957.** |

**Total charitable contributions converted to NOL to be used next year** . . . . . . . . . . . . . . . . .

**2024**                    **Schedule L - Other Investments**

| Business Name | Federal Employer ID Number |
|---|---|
| Oracles Capital Inc. | 85-2656407 |

| | Description | Beginning of tax year | End of tax year |
|---|---|---|---|
| 1. | Goodwill | 354,766. | 354,766. |
| 2. | Capital Invest in Brands Assets | 3,130,176. | 3,130,176. |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| | Totals . . . . . . . . . . . . . . . . . . . . . | 3,484,942. | 3,484,942. |

EFILE COPY

# Florida State Electronic Filing Instructions

These instructions are provided to help you understand and complete the final steps for electronic filing your Florida return. We HIGHLY recommend that you print these instructions for your reference.

**Please note: You are responsible for confirming the status of your electronic filed Florida return.**

You can confirm the status of your return by going to https://www.taxact.com/ef/efile-center. You will need to enter the entity's EIN, ZIP code and company name.

**No Paper Documentation to the State of Florida:**

It is not necessary to send paper documentation to the Florida Department of Revenue related to your return.

| Name(s) shown on return | Your social security number |
|---|---|
| Oracles Capital Inc. | 85-2656407 |

# WARNING FOR UNAVAILABLE FORMS FOR PAPER FILING

This Florida return contains the following forms that have not yet been approved by the Florida Department of Revenue.

**Form F 1120 - Florida Corporate Income Franchise Tax Return**



You may file this return electronically (if applicable) now but you cannot file it as a paper return. A program update will be released when the above form(s) are approved for filing.

## Florida Corporate Income/Franchise Tax Return

**1064**

F-1120, R. 01/25
Rule 12C-1.051
Florida Administrative Code
Effective 01/25
Page 1 of 6

85-2656407

FEIN _____

Ro/co
For calendar year 2024 or tax year beginning _____ 2024 ending _____

8521020241231000200503763852656407000006

| | | |
|---|---|---|
| **Name** | Oracles Capital Inc. | ☐ Check here if any changes have been made to name or address |
| **Address** | 529 SE Central Parkway | |
| **City/State/ZIP** | Stuart, FL 34994 | |

### Computation of Florida Net Income Tax

| | | | |
|---|---|---|---|
| 1. | Federal taxable income (see instructions) | | |
| | **Attach pages 1-6 of federal return** | Check here if negative ____ | -893,117. |
| 2. | State income taxes deducted in computing federal taxable income | | |
| | (attach schedule) . . . . . . . . . . . . . . . . . | Check here if negative ____ | |
| 3. | Additions to federal taxable income (from Schedule I) . . . . . . . . | Check here if negative ____ | 1,339. |
| 4. | Total of Lines 1, 2 and 3 . . . . . . . . . . . . . . . | Check here if negative ____ | -891,778. |
| 5. | Subtractions from federal taxable income (from Schedule II) . . . . | Check here if negative ____ | |
| 6. | Adjusted federal income (Line 4 minus Line 5) . . . . . . . . | Check here if negative ____ | -891,778. |
| 7. | Florida portion of adjusted federal income (see instructions) . . . . . . | Check here if negative ____ | -408,335. |
| 8. | Nonbusiness income allocated to Florida (from Schedule R) . . . . . | Check here if negative ____ | |
| 9. | **Florida exemption** | | |
| 10. | Florida net income (Line 7 plus Line 8 minus Line 9) . . . . . . . . . . . | | |
| 11. | Tax due: 5.5% of Line 10 | | |
| 12. | Credits against the tax (from Schedule V) . . . . . . . . . . . . . . | | |
| 13. | Total corporate income/franchise tax due (Line 11 minus Line 12) . . . . . . . . . . . | | |
| 14. | a) Penalty: F-2220 _____ b) Other _____ | | |
| | c) Interest: F-2220 _____ d) Other _____ Line 14 Total ▶ . . . . . . . . . . | | |
| 15. | Total of Lines 13 and 14 . . . . . . . . . . . . . . . . . . . . | | |
| 16. | Payment credits: Estimated tax payments 16a $ _____ | | |
| | Tentative tax payment 16b $ _____ . . . . . . . . . . . | | |
| 17. | Total amount due: Subtract Line 16 from Line 15. If positive, enter amount due here and on payment coupon. | | |
| | If the amount is negative (overpayment), enter on Line 18 and/or Line 19 | | |
| 18. | Credit: Enter amount of overpayment **credited** to next year's estimated tax here and on payment coupon . . . . . . | | |
| 19. | Refund: Enter amount of overpayment to be **refunded** here and on payment coupon . . . . . . . . . . . . . | | |

---

## Payment Coupon for Florida Corporate Income Tax Return

**1064**

**Do Not Detach**    YEAR ENDING 12/31/2024

F-1120
R. 01/25

To ensure proper credit to your account, enclose your check with tax return when mailing.

| | |
|---|---|
| **Name** | Oracles Capital Inc. |
| **Address** | 529 SE Central Parkway |
| **City/State/ZIP** | Stuart, FL 34994 |

**If 6/30 year end, return is due 1st day of the 4th month after the close of the taxable year, otherwise return is due 1st day of the 5th month after the close of the taxable year.**

| | | | |
|---|---|---|---|
| 852656407 | 133900 | 0 | 000 |
| 20240101 | 000 | 0 | 000 |
| 20241231 | -89177800 | 0 | 0 |
| 00000000 | .457889 | 000 | 0 |
| 001 | 000 | 000 | 0 |
| 210 | 000 | 000 | 0 |
| -89311700 | 000 | 000 | 0 |
| 000 | 000 | 000 | 000 |

000         8521 0 20241231 0002005037 6 3852656407 0000 6



**1064**
**F-1120**
**R. 01/25**
**Page 2 of 6**

**Oracles Capital Inc.**
FEIN 85-2656407

| This return is considered incomplete unless a copy of the federal return is attached. |
|---|
| If your return is not signed, or improperly signed and verified, it will be subject to a penalty. The statute of limitations will not start until your return is properly signed and verified. Your return must be completed in its entirety. |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign here**
Signature of officer          Date          Title

**Paid preparers only**
Preparer's signature          Date          Preparer check if self-employed          Preparer's PTIN

Firm's name (or yours if self-employed) and address          FEIN          ZIP

| All Taxpayers Must Answer Questions **A** Through **L** Below - See Instructions |
|---|

A. State of incorporation: **DE**

B. Florida Secretary of State document number: **E3714316**

C. Florida consolidated return?   YES ☐   NO ☒

D. ☒ Initial return    ☐ Final return (final federal return filed)

E. Principal Business Activity Code (as pertains to Florida)
**424800**

F. A Florida extension of time was timely filed?   YES ☐   NO ☐

G-1. Corporation is a member of a controlled group?   YES ☐   NO ☒   If yes, attach list.

G-2. Part of a federal consolidated return?   YES ☐   NO ☒   If yes, provide:
FEIN from federal consolidated return:
Name of corporation:

G-3. The federal common parent has sales, property, or payroll in Florida?   YES ☐   NO ☒

H. Location of corporate books: **529 SE Central Parkwa**
City: **Stuart**   State: **FL**   Z P: **34994**

I. Taxpayer is a member of a Florida partnership or joint venture?   YES ☐   NO ☒

J. Enter date of latest IRS audit:
   a) List years examined:

K. Contact person concerning this return: **Michael Bell**
   a) Contact person telephone number: **410-829-1170**
   b) Contact person e-mail address: **mike@oraclescapital.com**

L. Type of federal return filed   ☒ 1120   ☐ 1120S or _____

**Save Time and Paperwork with Electronic Filing**
You can file and pay your Florida corporate income tax return (Florida Form F-1120) electronically through the Internal Revenue Service's (IRS) Modernized e-File (MeF) Program using electronic transmitters approved by the IRS and the Florida Department of Revenue. The Department also has an online application for corporate income tax payments and filing Florida forms F-1120ES *(Declaration/Installment of Florida Estimated Income/Franchise Tax), and F-7004 (Florida Tentative Income/Franchise Tax Return and Application for Extension of Time to File Return)*.

**If Filing Paper Return**
**Where to Send Payments and Returns**

Make check payable to and mail with return to:

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee FL 32399-0135

If you are requesting a **refund** (Line 19), send your return to:

Florida Department of Revenue
PO Box 6440
Tallahassee FL 32314-6440

## Remember:

- **Make your check payable to the Florida Department of Revenue.**

- **Write your FEIN on your check.**

- **Sign your check and return.**

- **Attach a copy of your federal return.**

- **Attach a copy of your Florida Form F-7004 (extension of time) if applicable.**

1064
F-1120
R. 01/25



12/31/2024

**Oracles Capital Inc.**

FEIN  85-2656407

**DATA Page 1 of 2**

| | | | |
|---|---|---|---|
| 852656407 | 0 | 000 | 000 |
| -89177800 | 0 | 000 | 000 |
| 000 | 0 | 000 | 000 |
| 000 | 0 | | 000 |
| 000 | 0 | 000 | 000 |
| 000 | 0 | | 000 |
| 000 | 0 | 000 | |
| 000 | 0 | | 000 |
| 000 | 0 | 000 | 000 |
| 0 | 0 | 000 | 000 |
| 2 | 0 | 000 | 000 |
| 2 | 0 | 0 | 0 |
| 2 | 0 | 000 | 0 |
| 2 | 133900 | 0 | 0 |
| 0 | 000 | 000 | 0 |
| 0 | 000 | 000 | 348494200 |
| 0 | 000 | 000 | 31000000 |
| 0 | 000 | 000 | 000 |
| 0 | 000 | 000 | 402451600 |
| 0 | 000 | 000 | 32103500 |
| 0 | 000 | 000 | 182773900 |
| 0 | 000 | 000 | 0457889 |

EFILE COPY

1064
F-1120
R. 01/25



**Oracles Capital Inc.**

FEIN 85-2656407

12/31/2024

DATA Page 2 of 2

| | | | |
|---|---|---|---|
| 852656407 | 000 | 0 | 0 |
| 0 | 000 | 0 | 0 |
| 000 | 182773900 | 0 | 0 |
| 000 | 000 | 0 | 0 |
| 000 | 000 | 000 | 0 |
| 348494200 | 000 | 000 | 0 |
| 348494200 | 000 | 000 | 0 |
| 000 | 000 | 000 | 0 |
| 000 | 0.000000 | 000 | 0 |
| 000 | 0.000000 | 000 | 0 |
| 000 | 0 | 000 | 0 |
| 348494200 | 0 | 000 | 0 |
| 402451600 | 0 | 000 | 0 |
| 000 | 0 | 000 | 000 |
| 69731000 | 0 | 000 | 000 |
| 000 | -89177800 | 000 | 0 |
| 000 | -40833500 | | 0 |
| 348494200 | 000 | 000 | 0 |
| 38183800 | 000 | | 0 |
| 000 | 000 | 000 | 0 |
| 000 | 000 | | 0 |
| 348494200 | -40833500 | 000 | 0 |

EFILE COPY

1064
F-1120
R. 01/25
Page 3 of 6



NAME **Oracles Capital Inc.**    FEIN  **85-2656407**    TAXABLE YEAR ENDING **12/31**

## Schedule I - Additions and/or Adjustments to Federal Taxable Income

| | | | |
|---|---|---|---:|
| 1. | Interest excluded from federal taxable income (see instructions) | 1. | 1,339. |
| 2. | Undistributed net long-term capital gains (see instructions) | 2. | |
| 3. | Net operating loss deduc ion (attach schedule) | 3. | |
| 4. | Net capital loss carryover (attach schedule) | 4. | |
| 5. | Excess charitable contribution carryover (attach schedule) | 5. | |
| 6. | Employee benefit plan contribution carryover (attach schedule) | 6. | |
| 7. | Enterprise zone jobs credit (Florida Form F-1156Z) | 7. | |
| 8. | Ad valorem taxes allowable as an enterprise zone property tax credit (Florida Form F-1158Z) | 8. | |
| 9. | Guaranty association assessment(s) credit | 9. | |
| 10. | Rural and/or urban high-crime area job tax credits | 10. | |
| 11. | State housing tax credit | 11. | |
| 12. | Florida tax credit scholarship program credit (credit for contributions to nonprofit scholarship-funding organizations) | 12. | |
| 13. | New worlds reading initiative credit | 13. | |
| 14. | Strong families tax credit (credit for contributions to eligible charitable organizations) | 14. | |
| 15. | Live local program credit | 15. | |
| 16. | New markets tax credit | 16. | |
| 17. | Research and development tax credit | 17. | |
| 18. | Experiential learning tax credit program | 18. | |
| 19. | Credit for qualified railroad reconstruction or replacement expenditures | 19. | |
| 20. | Residential graywater system tax credit | 20. | |
| 21. | Credit for manufacturing of human breast milk derived human milk fortifiers | 21. | |
| 22. | s.168(k), IRC, special bonus depreciation | 22. | |
| 23. | Deprecia ion of qualified improvement property (see instructions) | 23. | |
| 24. | Expenses for business meals provided by a restaurant (see instructions) | 24. | |
| 25. | Film, television, and live theatrical production expenses (see instructions) | 25. | |
| 26. | O her additions (attach schedule) | 26. | |
| 27. | Total Lines 1 through 26. Enter total on this line and on Page 1, Line 3. | 27. | 1,339. |

## Schedule II - Subtractions from Federal Taxable Income

| | |
|---|---|
| 1. Gross foreign source income less attributable expenses<br>(a) Enter s. 78, IRC, income    $ _____<br>(b) plus s. 862, IRC, dividends    $ _____<br>(c) plus s. 951A, IRC, income    $ _____<br>(d) less direct and indirect expenses and related amounts deducted under s. 250, IRC    $ _____    Total ▶ | 1. |
| 2. Gross subpart F income less attributable expenses<br>(a) Enter s. 951, IRC, subpart F income    $ _____<br>(b) less direct and indirect expenses    $ _____    Total ▶ | 2. |
| **Note:** Taxpayers doing business outside Florida enter zero on Lines 3 through 6, and complete Schedule IV. | |
| 3. Florida net opera ing loss carryover deduction (see instructions) | 3. |
| 4. Florida net capital loss carryover deduction (see instructions) | 4. |
| 5. Florida excess charitable contribution carryover (see instructions) | 5. |
| 6. Florida employee benefit plan contribution carryover (see instructions) | 6. |
| 7. Nonbusiness income (from Schedule R, Line 3) | 7. |
| 8. Eligible net income of an international banking facility (see instructions) | 8. |
| 9. s. 168(k), IRC, special bonus depreciation (see instructions) | 9. |
| 10. Deprecia ion of qualified improvement property (see instructions) | 10. |
| 11. Film, television, and live theatrical production expenses (see instructions) | 11. |
| 12. O her subtractions (attach schedule) | 12. |
| 13. Total Lines 1 through 12. Enter total on this line and on Page 1, Line 5. | 13. |

FILE COPY



NAME **Oracles Capital Inc.**     FEIN **85-2656407**     TAXABLE YEAR ENDING **12/31/2024**

## Schedule III - Apportionment of Adjusted Federal Income

**III-A  For use by taxpayers doing business outside Florida, except those providing insurance or transportation services.**

| | (a) WITHIN FLORIDA (Numerator) | (b) TOTAL EVERYWHERE (Denominator) | (c) Col. (a) ÷ Col. (b) Rounded to Six Decimal Places | (d) Weight If any factor in Column (b) is zero, see note on Page 9 of the instructions. | (e) Weighted Factors Rounded to Six Decimal Places |
|---|---|---|---|---|---|
| 1. Property (Schedule III-B below) | 3,484,942. | 4,024,516. | 0.865928 | X 25% or _____ | 0.216482 |
| 2. Payroll | 310,000. | 321,035. | 0.965627 | X 25% or _____ | 0.241407 |
| 3. Sales (Schedule III-C below) | | 1,827,739. | | X 50% or _____ | |
| 4. Apportionment fraction (Sum of Lines 1, 2, and 3, Column [e]). Enter here and on Schedule IV, Line 2. | | | | | 0.457889 |

| **III-B  For use in computing average value of property (use original** | **WITHIN FLORIDA** | | **TOTAL EVERYWHERE** | |
|---|---|---|---|---|
| **cost).** | a. Beginning of year | b. End of year | c. Beginning of year | d. End of year |
| 1. Inventories of raw material, work in process, finished goods | | | 697,310. | 381,838. |
| 2. Buildings and other depreciable assets | | | | |
| 3. Land owned | | | | |
| 4. Other tangible and intangible (financial org. only) assets (attach schedule) | 3,484,942. | 3,484,942. | 3,484,942. | 3,484,942. |
| 5. Total (Lines 1 through 4) | 3,484,942. | 3,484,942. | 4,182,252. | 3,866,780. |

6. Average value of property

   a. Add Line 5, Columns (a) and (b) and divide by 2 (for within Florida)  . . 6a.  **3,484,942.**

   b. Add Line 5, Columns (c) and (d) and divide by 2 (for total everywhere) . . . . . . . . . . . . 6b.  **4,024,516.**

7. Rented property (8 times net annual rent)

   a. Rented property in Florida . . . . . . . . . . 7a.

   b. Rented property Everywhere . . . . . . . . . . . . . . . . . . . . . . 7b.

8. Total (Lines 6 and 7).  Enter on Line 1, Schedule III-A, Columns (a) and (b).

   a. Enter Lines 6 a. plus 7 a. and also enter on Schedule III-A, Line 1,

     Column (a) for total average property in Florida . . . . . . . . . 8a.  **3,484,942.**

   b. Enter Lines 6 b. plus 7 b. and also enter on Schedule III-A, Line 1,

     Column (b) for total average property Everywhere . . . . . . . . . . . . . . . . . . 8b.  **4,024,516.**

| **III-C Sales Factor** | (a) TOTAL WITHIN FLORIDA (Numerator) | (b) TOTAL EVERYWHERE (Denominator) |
|---|---|---|
| 1. Sales (gross receipts) | N/A | 1,827,739. |
| 2. Sales delivered or shipped to Florida purchasers | | N/A |
| 3. Other gross receipts (rents, royalies, interest, etc. when applicable) | | |
| 4. TOTAL SALES (Enter on Schedule III-A, Line 3, Columns [a] and [b]) | | 1,827,739. |

| **III-D Special Apportionment Fractions** (see instructions) | (a) WITHIN FLORIDA | (b) TOTAL EVERYWHERE | (c) FLORIDA Fraction ([a] ÷ [b]) Rounded to Six Decimal Places |
|---|---|---|---|
| 1. Insurance companies (attach copy of Schedule T-Annual Report) | | | |
| 2. Transportation services | | | |

## Schedule IV - Computation of Florida Portion of Adjusted Federal Income

| | | |
|---|---|---|
| 1. Apporionable adjusted federal income from Page 1, Line 6 | 1. | −891,778. |
| 2. Florida apporionment fraction (Schedule III-A, Line 4) | 2. | 0.457889 |
| 3. Tentative apportioned adjusted federal income (multiply Line 1 by Line 2) | 3. | −408,335. |
| 4. Net operating loss carryover apportioned to Florida (attach schedule; see instructions) | 4. | |
| 5. Net capital loss carryover apportioned to Florida (attach schedule; see instructions) | 5. | |
| 6. Excess charitable contribution carryover apportioned to Florida (attach schedule; see instructions) | 6. | |
| 7. Employee benefit plan contribuion carryover apporioned to Florida (attach schedule; see instructions) | 7. | |
| 8. Total carryovers apportioned to Florida (add Lines 4 through 7) | 8. | |
| 9. Adjusted federal income apportioned to Florida (Line 3 less Line 8; see instructions) | 9. | −408,335. |



NAME **Oracles Capital Inc.**  FEIN **85-2656407**  TAXABLE YEAR ENDING **12/31/2024**

## Schedule V - Credits Against the Corporate Income/Franchise Tax

| | | |
|---|---|---|
| 1. | Florida health maintenance organization consumer assistance assessment credit (attach assessment notice) | 1. |
| 2. | Capital investment tax credit (attach certification letter) | 2. |
| 3. | Enterprise zone jobs credit (from Florida Form F-1156Z attached) | 3. |
| 4. | Community contribution tax credit (attach certification letter) | 4. |
| 5. | Enterprise zone property tax credit (from Florida Form F-1158Z attached) | 5. |
| 6. | Rural job tax credit (attach certification letter) | 6. |
| 7. | Urban high-crime area job tax credit (attach certification letter) | 7. |
| 8. | Hazardous waste facility tax credit | 8. |
| 9. | Florida alternative minimum tax (AMT) credit | 9. |
| 10. | Contaminated site rehabilitation tax credit (voluntary cleanup tax credit) (attach tax credit certificate) | 10. |
| 11. | Child care tax credits | 11. |
| 12. | State housing tax credit (attach certification letter) | 12. |
| 13. | Florida tax credit scholarship program credit (credit for contributions to nonprofit scholarship-funding organizations) (attach certificate) | 13. |
| 14. | New worlds reading initiative credit (attach certificate) | 14. |
| 15. | Strong families tax credit (credit for contr butions to eligible charitable organizations) (attach certificate) | 15. |
| 16. | Live local program credit (attach certificate) | 16. |
| 17. | New markets tax credit | 17. |
| 18. | Research and development tax credit | 18. |
| 19. | Experiential learning tax credit | 19. |
| 20. | Credit for qualified railroad reconstruction or replacement expenditures | 20. |
| 21. | Residential graywater system tax credit | 21. |
| 22. | Credit for manufacturing of human breast milk derived human milk fortifiers | 22. |
| 23. | Individuals with unique abilities tax credit program | 23. |
| 24. | Other credits (attach schedule) | 24. |
| 25. | Total credits against the tax (sum of Lines 1 through 24 not to exceed the amount on Page 1, Line 11). Enter total credits on Page 1, Line 12 | 25. |

## Schedule R - Nonbusiness Income

**Line 1.**  **Nonbusiness income (loss) allocated to Florida**

Type                                                                 Amount

_____                      _____

_____                      _____

_____                      _____

Total allocated to Florida . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1. _____

(Enter here and on Page 1, Line 8)

**Line 2.**  **Nonbusiness income (loss) allocated elsewhere**

Type                          State/country allocated to                      Amount

_____      _____      _____

_____      _____      _____

_____      _____      _____

Total allocated elsewhere . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2. _____

**Line 3.**  **Total nonbusiness income**

Grand total. Total of Lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . .3. _____

(Enter here and on Schedule II, Line 7)

FILE COPY



| Oracles Capital Inc. | 85-2656407 | 12/31/2024 |
|---|---|---|
| NAME | FEIN | TAXABLE YEAR ENDING |

## Estimated Tax Worksheet For Taxable Years Beginning On or After January 1, 2025

| | | | | -408,335. |
|---|---|---|---|---|
| 1. | Florida income expected in taxable year . . . . . . . . . . . . . . . . . . . . . . . . . | | 1. $ | |
| 2. | Florida exemption $50,000 (Members of a controlled group, see instructions on Page 15 of | | | 50,000. |
| | Florida Form F-1120N) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2. $ | -458,335. |
| 3. | Estimated Florida net income (Line 1 less Line 2) | | 3. $ | |
| 4. | Total Estimated Florida tax (5.5% of Line 3) . . . . . . . . . . . $ | | | |
| | Less: Credits against the tax . . . . . . . . . . . . . . . . . . . $ | | 4. $ | |

5. Computation of installments:

Payment due dates and payment amounts:

| | | |
|---|---|---|
| If 6/30 year end, last day of 4th month, otherwise last day of 5th month - Enter 0.25 of Line 4 . . . . . . . . . . . | 5a. | |
| Last day of 6th month - Enter 0.25 of Line 4 . . . . . . . . . . . | 5b. | |
| Last day of 9th month - Enter 0.25 of Line 4 . . . . . . . . . . . | 5c. | |
| Last day of fiscal year - Enter 0.25 of Line 4 . . . . . . . . . . . | 5d. | |

NOTE: If your estimated tax should change during the year, you may use the amended computation below to determine the amended amounts to be entered on the declaration (Florida Form F-1120ES).

| | | | |
|---|---|---|---|
| 1. | Amended estimated tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1. $ | |
| 2. | Less: | | |
| | (a)  Amount of overpayment from last year elected for credit to estimated tax and applied to date . . . . . . . . . . . . . . . . . . . . 2a. - $ | | |
| | (b)  Payments made on estimated tax declaration (Florida Form F-1120ES)  2b. - $ | | |
| | (c)  Total of Lines 2(a) and 2(b) . . . . . . . . . . . . . . . . . . . . | 2c. $ | |
| 3. | Unpaid balance (Line 1 less Line 2(c)) . . . . . . . . . . . . . . . . . . . . | 3. $ | |
| 4. | Amount to be paid (Line 3 divided by number of remaining installments) . . . . . . . . . . . | 4. $ | |

## References

*The following documents were mentioned in this form and are incorporated by reference in the rules indicated below.*
*The forms are available online at floridarevenue.com/forms.*

| Form F-2220 | Underpayment of Estimated Tax on Florida Corporate Income/Franchise Tax | Rule 12C-1.051, F.A.C. |
|---|---|---|
| Form F-7004 | Florida Tentative Income/Franchise Tax Return and Application for Extension of Time to File Return | Rule 12C-1.051, F.A.C. |
| Form F-1156Z | Florida Enterprise Zone Jobs Credit Certificate of Eligibility for Corporate Income Tax | Rule 12C-1.051, F.A.C. |
| Form F-1158Z | Enterprise Zone Property Tax Credit | Rule 12C-1.051, F.A.C. |
| Form F-1120N | Instructions for Corporate Income/Franchise Tax Return | Rule 12C-1.051, F.A.C. |
| Form F-1120ES | Declaration/Installment of Florida Estimated Income/Franchise Tax | Rule 12C-1.051, F.A.C. |

EFILE COPY

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Oracles Capital Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on  05/12/2025 | X _____ |
| | Signature of individual signing on behalf of debtor |

**Courtney Hughes**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Oracles Capital Inc.** _____    Case No. _____

_____    Chapter    **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____    $ _____    **40,000.00**

     Prior to the filing of this statement I have received _____    $ _____    **40,000.00**

     Balance Due _____    $ _____    **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor          ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

05/12/2025 _____          */s/ Ronald S. Gellert*
_____
*Date*                                      **Ronald S. Gellert**
                                            *Signature of Attorney*
                                            **Gellert Seitz Busenkell & Brown, LLC**
                                            **1201 N. Orange Street**
                                            **Suite 300**
                                            **Wilmington, DE 19801**
                                            **(302) 425-5806**
                                            **rgellert@gsbblaw.com**
                                            *Name of law firm*

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Oracles Capital Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cielo E Terra S.p.A. Via IV Novembre, 39 6050 Montorso Vic. VI ITALY** | | **Goods** | | | | **$118,902.41** |
| **Courtney Hughes 335 East 22nd Street New York, NY 10010** | | | | | | **Unknown** |
| **Enemigo LTD 2nd Fl., Standford Gate South Road Brighton BN16SB England** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Michael Bell 6035 SE Mourning Dove Way Hobe Sound, FL 33455** | | | | | | **Unknown** |
| **Rossetti S.r.L. Via Mascagni 15/17a 50050 Bassa Cerreto Guidi ITALY** | | | | | | **$126,319.39** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Oracles Capital Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $ _____1,254,476.70

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $ _____1,254,476.70

---

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____245,221.80

4.  **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b

    $ _____245,221.80

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Oracles Capital Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cogent Bank** | **Money Market Account** | 1511 | $27,336.93 |
| 3.2. | **Cogent Bank** | **Savings** | 0974 | $90.58 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $27,427.51

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor    **Oracles Capital Inc.**                                    Case number *(If known)* _____
          Name

11a. 90 days old or less:        **178,447.40**    -    **0.00**   = ....        **$178,447.40**
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:           **7,828.50**     -    **0.00**   = ....        **$7,828.50**
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              | **$186,275.90** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                          % of ownership

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 15.1. | **ASM Brands, LLC** | **65** | % | **Recent cost** | **$77,288.29** |
| 15.2. | **Chapel Gate Whiskey Company Ltd.** | **2** | % | **Recent cost** | **$250,000.00** |
| 15.3. | **Tre Sorelle, LLC** | **100** | % | **Tax records** | **$250,000.00** |
| 15.4. | **Oracles Imports, LLC** | **100** | % | **Recent cost** | **$20.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                              | **$577,308.29** |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Debtor    **Oracles Capital Inc.**                                    Case number *(If known)* _____
           Name

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**
       **Wine and spirits**
       **inventory** _____   _____   $248,780.00    Recent cost _____   $182,630.00

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                         | $182,630.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ■ No.  Go to Part 8.
       ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | Real property |
54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

Debtor    **Oracles Capital Inc.**
Name                                                                Case number *(If known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademarks, Brant Intellectual Property | Unknown | | Unknown |
| 61. **Internet domain names and websites** Trade names, websites, etc | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                                         $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **Federal Tax NOL**                 Tax year **2023** | $280,835.00 |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to** | |

Debtor    **Oracles Capital Inc.**
_____    Case number *(If known)* _____
          Name

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    | $280,835.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Oracles Capital Inc.**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,427.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $186,275.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $577,308.29 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $182,630.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $280,835.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,254,476.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,254,476.70 |

**Fill in this information to identify the case:**

Debtor name        **Oracles Capital Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name **Oracles Capital Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | | Total claim **Unknown** | Priority amount **Unknown** |
| --- | --- | --- | --- | --- |

**Courtney Hughes**
**335 East 22nd Street**
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | | Total claim **Unknown** | Priority amount **Unknown** |
| --- | --- | --- | --- | --- |

**Michael Bell**
**6035 SE Mourning Dove Way**
**Hobe Sound, FL 33455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Oracles Capital Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,902.41 |
|---|---|---|---|

**Cielo E Terra S.p.A.**
**Via IV Novembre, 39**
**6050 Montorso Vic. VI**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024-2025__

**Basis for the claim:** __Goods__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Enemigo LTD**
**2nd Fl., Standford Gate**
**South Road**
**Brighton BN16SB**
**England**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,319.39 |
|---|---|---|---|

**Rossetti S.r.l.**
**Via Mascagni 15/17a**
**50050 Bassa**
**Cerreto Guidi**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024 - 2025__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew R. Goldenberg**<br>**LEVY GOLDENBERG LLP**<br>**75 Broad Street**<br>**Suite 2120**<br>**New York, NY 10004** | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + $ | 245,221.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 245,221.80 |

| Fill in this information to identify the case: |
|---|
| Debtor name  **Oracles Capital Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Florida Operations & Compliance** | |
|        State the term remaining  **At-will** | **Park Street Imports, LLC**<br>**1000 Brickell Avenue, Suite 215**<br>**Miami, FL 33131** |
|        List the contract number of any government contract  _____ | |

| Fill in this information to identify the case: |
| --- |

Debtor name     **Oracles Capital Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number *(if known)*    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**
*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

<table>
<tr><td colspan="2" style="background-color: #595959; color: white;"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Oracles Capital Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $463,132.64 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $1,829,000.00 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,338,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Oracles Capital Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Rossetti S.r.L.** | **1/9/25,<br>3/28/25** | **$56,741.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Medici Ermete & Figli Srl** | **1/16/25** | **$4,322.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Michael Bell**<br>**6035 SE Mourning Dove Way**<br>**Hobe Sound, FL 33455**<br>**CEO** | **LTM** | **$150,000.00** | **Salary** |
| 4.2.   **Courtney Hughes**<br>**335 East 22nd Street**<br>**New York, NY 10010**<br>**COO** | **LTM** | **$145,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Oracles Capital Inc.** | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Enemigo Ltd v. Trinity Beverage**<br>**22-cv-9794 (NRB)** | **Breach of contract, fraud** | **US District Court - Southern District NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Seitz Busenkell & Brown LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **4/15/25** | **$40,000.00** |
| | Email or website address<br>**rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Oracles Capital Inc.**                                            Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor
    within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
    Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **2000 PGA Blvd., Suite 4440 North Palm Beach, FL 33408** | **6/2021 - 3/2023** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **Oracles Capital Inc.**                                          Case number *(if known)*  _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor  **Oracles Capital Inc.**                                         Case number *(if known)*

---

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **ASM Brands, LLC**<br>**529 SE Central Parkway**<br>**Stuart, FL 34994** | **Holds IP for ASM Whiskey Brand** | EIN:  **93-1454539**<br>From-To  **12/20 - present** |
| 25.2.  **Tre Sorelle, LLC**<br>**529 SE Central Parkway**<br>**Stuart, FL 34994** | **Holds IP for Wine Brands** | EIN:<br>From-To  **7/21 - present** |
| 25.3.  **Oracles Imports, LLC**<br>**529 SE Central Parkway**<br>**Stuart, FL 34994** | **Holds TTB import license for Oracles** | EIN:  **92-1540920**<br>From-To  **1/23 - present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Carol Quinn**<br>**3306 Stillbook Pass**<br>**Marietta, GA 30062** | **12/20** |
| 26a.2.  **Gluntz Law, LLC**<br>**75 Milford Drive**<br>**Hudson, OH 44236** | **12/20 - 12/23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Carol Quinn**<br>**3306 Still Pass**<br>**Marietta, GA 30062** | **12/20** |

---

Debtor    **Oracles Capital Inc.**                                    Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Michael Bell**<br>**6035 SE Mourning Dove Way**<br>**Hobe Sound, FL 33455** | |
| 26c.2.  **Carol Quinn**<br>**3306 Still Pass**<br>**Marietta, GA 30062** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Bell | 6035 SE Mourning Dove Way<br>Hobe Sound, FL 33455 | CEO | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Courtney Hughes | 529 SE Central Parkway<br>Stuart, FL 34994 | COO | 0.3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Kemp | 529 SE Central Parkway<br>Stuart, FL 34994 | Director | 31 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☐ Yes. Identify below.

Debtor    **Oracles Capital Inc.**                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Michael Bell**<br>· **6035 SE Mourning Dove Way**<br>**Hobe Sound, FL 33455** | **$150,000.00** | **LTM** | **Salary** |
| **Relationship to debtor**<br>**CEO** | | | |
| 30.2 **Courtney Hughes**<br>· **335 East 22nd Street**<br>**New York, NY 10010** | **$145,000.00** | **LTM** | **Salary** |
| **Relationship to debtor**<br>**COO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/12/2025

Docusigned by:

Signature of individual signing on behalf of the debtor

**Courtney Hughes**
Printed name

Position or relationship to debtor    **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Delaware

In re    **Oracles Capital Inc.**

Debtor(s)

Case No.

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alexandra Shor** | | **1.859%** | |
| **Blaine Mire** | | **0.191%** | |
| **BowkerFV, LLC** | | **2.180%** | |
| **Bryon Bennett** | | **0.933%** | |
| **Chad Martorana** | | **0.383%** | |
| **Chris Rollins** | | **1.021%** | |
| **Cooper Marital Trust FBO Kaitrin N Coope**<br>**106 S La Senda Dr**<br>**Laguna Beach, CA 92651** | | **2.617%** | |
| **Courtney Hughes**<br>**335 East 22nd Street**<br>**New York, NY 10010** | | **0.292%** | |
| **David Wang** | | **0.232%** | |
| **Deryck Alan Harmer Revocable Trust** | | **1.240%** | |
| **Duke Punhong**<br>**30 Christopher St #5F**<br>**New York, NY 10014** | | **2.872%** | |
| **Flamingo Drive Partners, LLC**<br>**300 W. 41st Street**<br>**Suite 202**<br>**Miami Beach, FL 33140** | | **1.021%** | |
| **Frank Amato** | | **0.232%** | |

Sheet 1 of 3 in List of Equity Security Holders

In re:    **Oracles Capital Inc.**                                    Case No. _____

                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jon Haskins** | | 0.292% | |
| **Katherine Grehl**<br>**58 Metropolitan Ave**<br>**Brooklyn, NY 11249** | | 1.021% | |
| **Kathryn Selby** | | 0.292% | |
| **Kemp Family Holdings, LLC**<br>**1447 Hood Avenue**<br>**Baton Rouge, LA 70808** | | 1.276% | |
| **Luke Raymond** | | 0.292% | |
| **Michael Bell**<br>**6035 SE Mourning Dove Way**<br>**Hobe Sound, FL 33455** | | 14.697% | |
| **Midland Trust Company As Custodian**<br>**FBO Eric Altmann # 1725849** | | 1.487% | |
| **MTS 2001 Irrevocable Trust**<br>**dba MTS 2001 Exempt, LLC** | | 7.324% | |
| **Redfield Bryan**<br>**9810 Bluebonnet**<br>**Baton Rouge, LA 70810** | | 16.612% | |
| **RKP Securities, LLC** | | 5.814% | |
| **Rosumand Zander 2020 Alexandra Trust**<br>**Dated 10/14/20**<br>**1125 Ridge Road**<br>**North Haven, CT 06473** | | 12.957% | |
| **Sam Salyer**<br>**1426 11th St NW, Apt 4**<br>**Washington, DC 20001** | | 0.743% | |
| **Sideline Holdings, LLC**<br>**102 Thornhill Circle**<br>**Lafayette, LA 70503** | | 1.914% | |

List of equity security holders consists of 3 total page(s)

In re:  **Oracles Capital Inc.**                                    Case No. _____

                                          _____
                                           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas Chance Family Investment, LLC**<br>**100 South West St.**<br>**Wilmington, DE 19801** | | **20.210%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  05/12/2025                           Signature _____

                                                  DocuSigned by:

                                                  45F5092E4552426
                                                  **Courtney Hughes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

Docusign Envelope ID: 4ACBB8FA-526B-442C-B7A6-6F0A2188D8AE

# United States Bankruptcy Court
## District of Delaware

In re    **Oracles Capital Inc.**                                      Case No.
                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    05/12/2025

DocuSigned by:

45F5092E4552426...

**Courtney Hughes**/**Chief Operating Officer**
Signer/Title

Oracles Capital Inc.
529 SE Central Parkway
Stuart, FL 34994

.

Rossetti S.r.L.
Via Mascagni 15/17a
50050 Bassa
Cerreto Guidi
ITALY

Ronald S. Gellert
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

State of Delaware
Department of Justice
Attn: Edward Kosmowski
820 N. French St., 8th Floor
Wilmington, DE 19801

Andrew R. Goldenberg
LEVY GOLDENBERG LLP
75 Broad Street
Suite 2120
New York, NY 10004

Cielo E Terra S.p.A.
Via IV Novembre, 39
6050 Montorso Vic. VI
ITALY

Courtney Hughes
335 East 22nd Street
New York, NY 10010

Enemigo LTD
2nd Fl., Standford Gate
South Road
Brighton BN16SB
England

Michael Bell
6035 SE Mourning Dove Way
Hobe Sound, FL 33455

Park Street Imports, LLC
1000 Brickell Avenue, Suite 215
Miami, FL 33131

# United States Bankruptcy Court
## District of Delaware

In re    **Oracles Capital Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Oracles Capital Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Thomas Chance Family Investment, LLC**
**100 South West St.**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

05/12/2025

Date

*/s/ Ronald S. Gellert*

**Ronald S. Gellert**

Signature of Attorney or Litigant
Counsel for    **Oracles Capital Inc.**
**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**